```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Felix Castillo, *et al.*,

                Plaintiffs,

    –v–

Cornell Pace Inc., *et al*.,

                Defendants.

20-cv-60 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The initial pre-trial conference currently scheduled for May 15, 2020 is hereby adjourned *sine die*. The Court will enter the case management plan and refer this case to Judge Netburn for a settlement conference. The parties may direct their proposal for a limited exchange of discovery in advance of the settlement conference to Judge Netburn.

    SO ORDERED.

Dated: May  12 , 2020
       New York, New York

                                            _____
                                              ALISON J. NATHAN
                                             United States District Judge