UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FELIX CASTILLO, et al.,

                            **Plaintiffs,**                        20-CV-00060 (AJN)(SN)

       -against-                                               **ORDER**

CORNELL PACE INC., et al.,

                            **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The settlement conference currently scheduled for Wednesday, September 9, 2020, at 10:00 a.m. is RESCHEDULED for Tuesday, September 29, 2020, at 2:00 p.m. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 28, 2020
                New York, New York