UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FELIX CASTILLO, et al.,

                          **Plaintiffs,**                    20-CV-00060 (SN)

        -against-                                             **ORDER**

CORNELL PACE INC., et al.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 29, 2020, the Court held a settlement conference between the plaintiffs and defendants Cornell Pace Inc., MHPA 21 Maintenance LLC, Cornell Pace, and John Does. A tentative settlement agreement was reached between the parties, and they were directed to file a settlement approval letter in compliance with <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), with either Judge Nathan, or consent to my jurisdiction and file such a letter for my review. The parties consented to my jurisdiction on October 5, 2020, yet no settlement approval letter followed.

       Accordingly, the parties are directed to file a joint letter informing the Court about the status of this case by Tuesday, October 27, 2020.

**SO ORDERED.**

                                                                          _____
                                                                         SARAH NETBURN
DATED:    New York, New York                            United States Magistrate Judge
              October 21, 2020