**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

FELIX CASTILLO, et al.,

                                        Plaintiffs,

                    -against-

CORNELL PACE, INC., et al.,

                                        Defendants.

-----------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  11/25/2020 |

20-CV-00060 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on November 23, 2020, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 111. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice. **SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       November 25, 2020
             New York, New York