UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FELIX CASTILLO, et al.,

                        **Plaintiffs,**                    20-CV-00060 (SN)

    -against-                                          **ORDER**

CORNELL PACE, INC., et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the remaining parties agreed to the terms of a settlement agreement in principle and on December 3, 2020, and submitted a proposed settlement between the Plaintiffs and the Defendants Mount Hope Management, Inc., Mount Hope Housing Company, Inc., Prestige Management, Inc., The Mount Hope Housing Company, Inc., Fritz Jean, Glenroy Fray, and Jamal Allah, for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 114. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                           _____
                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:     December 4, 2020
                New York, New York